BELKNAP.

---

State *v.* The Boston & Maine Railroad.

Where a statute provides that a railroad corporation having negligently caused the death of a person shall be fined, and the fine "shall go" to the heirs of the deceased, the validity of an assignment by the heirs of their interest in the action, and the equitable rights of the assignee to control the collection of a judgment recovered therein, or to recover the money when collected, are matters which afford no exemption to the corporation from its liability to discharge the judgment.

Indictment, upon Gen. St., *c.* 264, *s.* 14, for negligently killing C. H. J., whose sole heir is his mother, A. M. It is the same case reported 58 N. H. 408. A. M. made an assignment in writing to C. of all her interest in the action. The assignment was absolute upon its face, but was really intended for the security of her counsel for their services and disbursements, the understanding being that the excess should belong to the assignor. Notice of the assignment having been given by the assignee to the defendants, they moved " to dismiss the action for want of a proper party in court to prosecute the same." The motion was denied, and the defendants excepted.

*I. A. Eastman* and *Whipple,* for the defendants.

*Copeland* and *Currier,* for the state.

Foster, J. By Gen. St., *c.* 264, *s.* 14, it is declared that upon conviction for the offence therein named the proprietors of the railroad shall be fined; and the fine, in the circumstances of the case at bar, " shall go " to the heirs of the party whose life has been lost. Judgment follows the determination of the issues of fact and law, as a matter of course. Steph. Pl. 127, 128; 3 Bouv. Inst. 526. An assignment of Mrs. M.'s interest in the action cannot avail to hinder, delay, or control the judgment against the defendants, which must follow the event of the suit in the manner prescribed by law. Whether Mrs. M. has an assignable interest in the suit and the judgment or not, the

validity of her assignment, and the equitable rights, if any, of the assignee, to control the enforcement of the judgment or to receive the fine when collected, are matters which afford no exemption to the defendants, and do not concern the court in the present condition of the case.

*Exception overruled.*

SMITH, J., did not sit.